UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 95-7859**

———————

ERIC LEE JOHNSON,

Plaintiff - Appellant,

versus

RONALD E. MOATS; RICHARD LANHAM, SR., Commis-
sioner of Correction; GARY KENT, Correctional
Officer; JEFFRY WILSON, Correctional Officer;
KAREN ELLIOTT, Case Management Supervisor;
RICHARD GROVE, Case Manager; HERBERT COOPER,
Lieutenant, Housing Unit #1 Manager; GENE
RIPPEON, Commissary Supervisor; JACK HARNE,
Captain, RCI Administrative Remedy Coordi-
nator; GARY R. SMITH, Sergeant involved on
3/26/94; CORRECTIONAL OFFICER INVOLVED ON
2/12/95; JEFFERY ENGLEHART, Correctional
Officer, Individually and in their Official
Capacities,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Catherine C. Blake, District Judge. (CA-
95-545-CCB)

———————

Submitted: March 21, 1996          Decided: April 10, 1996

———————

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Eric Lee Johnson, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Audrey J. S. Carrion, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Moats</u>, No. CA-95-545-CCB (D. Md. Nov. 1, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2